UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

RICKY FRY,                              )
                                        )
            Plaintiff,                  )
                                        )
     v.                                 )   No. 2:08-CV-0039 JCH
                                        )
MONTGOMERY CITY POLICE DEPARTMENT,      )
et al.,                                 )
                                        )
            Defendants.                 )

## ORDER OF DISMISSAL

This matter is before the Court upon plaintiff Ricky Fry's failure to keep the Court apprised of his current address.

On August 5, 2008, the Court received plaintiff's Complaint and Motion for Leave to Proceed In Forma Pauperis. On August 5, 2008, the Clerk of Court sent a letter to plaintiff advising him that the Court had received and filed his complaint and had assigned a case number. On August 11, 2008, the said letter was returned to the Court as undeliverable. Local Rule 2.06(B) states that "[i]f any mail to a pro se plaintiff or petitioner is returned to the Court without a forwarding address and the pro se plaintiff or petitioner does not notify the Court of the change of address within thirty (30) days, the Court may, without further notice, dismiss the action without prejudice." Over thirty days have passed since plaintiff's mail was returned to the Clerk, and he has not notified the Court of his current address.

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a) [Doc. #2] is **DENIED**, without prejudice, as moot.

**IT IS FURTHER ORDERED** that this case is **DISMISSED**, without prejudice, for plaintiff's failure to keep the Court apprised of his current address. See Local Rule 2.06(B).

Dated this 18th day of September, 2008.

        **/s/ Jean C. Hamilton**
        **UNITED STATES DISTRICT JUDGE**